# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00410-CV

**Anne Greenwood, Appellant**

**v.**

**Irvin J. Milzman and Florence Milzman, Appellees**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 04-1128-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Appellant Anne Greenwood and appellees Irvin J. Milzman and Florence Milzman

no longer wish to pursue this appeal and have filed a joint motion to dismiss this appeal. We grant

the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Joint Motion

Filed: September 13, 2006